Felix BUSTOS–CASTANEDA, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 03–70853.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.*

Decided Aug. 2, 2006.

Before: ALARCÓN, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM **

Felix Bustos–Castaneda, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order affirming without opinion an immigration judge's decision ("IJ") denying his application for cancellation of removal. To the extent we have jurisdiction, it is conferred by 8 U.S.C. § 1252. We review de novo claims of constitutional violations in immigration proceedings. *See Ram v. INS*, 243 F.3d 510, 516 (9th Cir.2001). We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the IJ's discretionary determination that Bustos–

---

Castaneda failed to show exceptional and extremely unusual hardship. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 929 (9th Cir.2005).

Bustos–Castaneda's contention that he has a constitutional right to judicial review of the IJ's decision is unpersuasive. *See Duldulao v. INS,* 90 F.3d 396, 400 (9th Cir.1996) (aliens have no constitutional right to judicial review of deportation orders).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.